

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

WAS / ALL
Transmittal Number: 7347615
Date Processed: 01/28/2010

| | |
|---|---|
| Primary Contact: | Mr. Andrew Holland- 18th Floor<br>Chartis U.S.<br>175 Water Street<br>New York, NY 10038 |
| Entity: | American Home Assurance Company<br>Entity ID Number 0148266 |
| Entity Served: | American Home Assurance Company |
| Title of Action: | Rita Andrus vs. American Home Assurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court: | Calcasieu Parish District Court, Louisiana |
| Case Number: | 2010-000176H |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 01/28/2010 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | LA Secretary of State on 1/27/2010 |
| How Served: | Certified Mail |
| Sender Information: | Barry A. Roach<br>337-433-8504 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



**RECEIVED**
FEB 01 2010
AIG Commercial Insurance
Law Department

# State of Louisiana
## Secretary of State

01/27/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

AMERICAN HOME ASSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

Suit No.: 2010000176
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

RITA ANDRUS
vs
AMERICAN HOME ASSURANCE CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE
Served by: J BROWN

Date: 01/26/2010
Title: DEPUTY SHERIFF

No: 800897



JN

| | | |
|---|---|---|
| ANDRUS, RITA<br>VS.   2010-000176<br>AMERICAN HOME ASSURANCE<br>CO | Citation<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  AMERICAN HOME ASSURANCE COMPANY
     THROUGH THE LOUISIANA SECRETARY OF STATE
     Baton Rouge, LA  70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of RITA ANDRUS, AND LEONARD ANDRUS  (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of January 2010.

Issued and delivered January 19, 2010

SERVED ON
JAY DARDENNE

JAN 2 8 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

By_____Wilkinson
Deputy Clerk of Court

--------------------------------- SERVICE INFORMATION ---------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE    $_____           BY:  _____
                                      Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.   P001

Filing Date: 01/19/2010 01:43 PM    Page Count: 1
Case Number: 2010-000176
Document Name: Citation

[ Service Copy ]
CMS0085

Page 1 of 1

You Are Hereby Notified - Civil

ANDRUS, RITA
VS.  2010-000176
AMERICAN HOME ASSURANCE CO



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: AMERICAN HOME ASSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE
Baton Rouge, LA 70809

YOU ARE HEREBY NOTIFIED: YOU ARE TO COMPLY WITH THE REQUEST-MOTION FOR PRODUCTION, THE NOTICE OF INTERROGATORIES AND THE REQUESTS FOR ADMISSIONS OF FACT ALL WITHIN THE LEGAL TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12TH day of JANUARY 2010.

Issued and delivered January 19, 2010

Byron Wilkinson
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE     $_____          BY: _____
                                      Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.   P001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
C M S 1 1 6 0 2 4 5
Filing Date: 01/19/2010 01:45 PM   Page Count: 1
Case Number: 2010-000176
Document Name: You are Hereby Notified - Civil

[ Service Copy ]
CMS0035                                                              Page 1 of 1

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-_000176_, DIV _H_ | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | /s/ Darnell Welner<br>DEPUTY CLERK |

### PETITION FOR DAMAGES

The joint petition of **RITA ANDRUS and LEONARD ANDRUS**, residents of full age of majority, domiciled and residing in Calcasieu Parish, Louisiana, with respect, represents that:

1.

**AMERICAN HOME ASSURANCE COMPANY**, a foreign insurance corporation, domiciled in New York, whose mailing address is 70 Pine Street, New York, New York 10270, authorized to do and doing business in the State of Louisiana, which may be served through the Secretary of State of Louisiana, is made defendant in this action, and is justly and truly indebted unto petitioner for the reasons and amounts set forth hereinbelow.

2.

On or about August 14, 2008, at approximately 2:26 P.M., petitioner, **RITA ANDRUS**, was driving the community owned 2009 Hyundai Sonata in a westerly direction on LA Hwy 1138-2 (Prien Lake Road), when suddenly and without warning, a 2007 Ford F-150, owned and being driven by **LOREE GABBARD** attempted to exit a private drive onto LA Hwy 1138-2 (Prien Lake Road) and failed to yield to the right of way of petitioner's vehicle and struck petitioner's vehicle causing severe bodily injuries to petitioner, **RITA ANDRUS**.

3.

As a result of the collision described hereinabove, **RITA ANDRUS** was thrown into and about the interior of her 2009 Hyundai Sonata, causing severe injuries to her body with injury to her nervous system and mental stability and/or condition and/or aggravation of any pre-existing condition, all of which resulted in injury, disability and physical pain and suffering from which she has and will continue to suffer, and for which she is entitled to recover the following sums, to wit:

For her physical pain and suffering, bodily injuries, medical expenses, mental anguish, emotional distress, loss of enjoyment of life, and loss of earnings and/or earning capacity, past, present and estimated future, all for which petitioner is entitled to recover damages in unspecified sums.

4.

Due to the injuries and resulting incapacities sustained by his wife, **LEONARD ANDRUS** has suffered a loss of consortium, service, aid, support and society for which he desires and is entitled to be awarded damages in an unspecified reasonable sum.

5.

Petitioner, **RITA ANDRUS**, in no way contributed to the accident and had no opportunity to avoid her injuries and damages, and was in no way at fault, as the collision and resultant damages were caused solely and proximately by the gross negligence of **LOREE GABBARD**, driver of the 2007 Ford F-150, some of which negligence consisted of her:

a) Failing to keep a proper lookout at all times prior to and at the moment of the collision;

b) Failing to yield to the right of way of westbound traffic on LA Hwy 1138-2 (Prien Lake Road);

c) Failing to see what she should have seen and do what she should have done in order to avoid the accident;

d) Failing to keep her vehicle under proper control and apply her brakes timely in order to avoid colliding with petitioner's vehicle;

e) Driving in an inattentive manner, with reckless and wanton disregard for the safety of other motorists;

f) Failing in general to exercise due care under existing circumstances; and

g) All other acts of fault or negligence, which may be proven at the trial of this matter.

6.

At the time of the accident described hereinabove, **LOREE GABBARD** was insured under a public liability policy issued by **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, which company paid petitioner its policy limits of TWENTY FIVE THOUSAND AND NO/100 DOLLARS ($25,000.00) for injury to any one person, and which sum was inadequate to pay petitioner's bodily injury claims suffered in the above mentioned accident in

which **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S** insured, **LOREE GABBARD**, was solely at fault.

7.

Defendant, **AMERICAN HOME ASSURANCE COMPANY**, had in effect at the time of the accident described hereinabove, a policy of public liability insurance issued to petitioner which included "un-insured" and/or "under-insured" motorist coverage, under which defendant, **AMERICAN HOME ASSURANCE COMPANY**, agreed to pay all sums which its insured, **LOREE GABBARD**, would be legally entitled to recover as damages from the operation of an "un-insured" and/or "under-insured" automobile, excluding property damage, because of bodily injury and medical expenses, sustained by the insured, caused by an accident arising out of the ownership, maintenance or use of such "un-insured" and/or "under-insured automobile.

8.

**AMERICAN HOME ASSURANCE COMPANY** has denied the "UM" coverage to petitioner by refusing to pay petitioner's medical bills and for her bodily injuries, for which she is entitled to be paid by **AMERICAN HOME ASSURANCE COMPANY**, her under-insured motorist insurer, and because of **AMERICAN HOME ASSURANCE COMPANY'S** arbitrary refusal to pay those items, petitioner is entitled to recover penalties and attorney's fees as provided by the Laws of the State of Louisiana, as further set out in Article 9 below.

9.

Jeffrey Chighizola, employed by **AMERICAN HOME ASSURANCE COMPANY**, is the authorized representative of **AMERICAN HOME ASSURANCE COMPANY** and is aware of the coverage extended to petitioner; however, **AMERICAN HOME ASSURANCE COMPANY** continues to deny "UM" coverage to petitioner, and/or to make payment of its underinsured coverage.

10.

**AMERICAN HOME ASSURANCE COMPANY** has been noticed of Petitioner's claim herein; now due to their denial of coverage and failure to adjust her claim and pay sums due her under her "UM" policy, petitioner is desirous of and entitled to judgment against defendant for

damages as described in Article 3 hereinabove, plus penalties and attorney's fees as provided by LSA-R.S. 22:658, together with legal interest thereon from date of judicial demand until paid in full, and for all costs of these proceedings.

11.

Defendant has arbitrarily, capriciously and without probable cause denied petitioner coverage and refused to adjust this claim and make payment as is due petitioner and as a result of defendant's wrongful response to petitioner's demands and in order to protect her rights under her insurance contract with defendants, and to bring this cause before this Honorable Court, petitioner has been forced to employ an attorney; accordingly, she has employed Larry A. Roach, Inc. as her attorneys and is entitled to judgment against defendant for her reasonable attorney's fees herein for one-third (1/3) of all damages which American Home Assurance Company is cast in judgment on trial hereof.

12.

Petitioners desire and are entitled that the attached Interrogatories, Request for Admissions and Requests-Motion for Production be made a part hereof, filed of record and served upon defendants simultaneously with the Petition for Damages, with each defendant ordered to produce the information and documents within the time delays days provided by law.

WHEREFORE, petitioners pray that:

I. Defendant, **AMERICAN HOME ASSURANCE COMPANY** be duly served with a copy of this petition and cited to appear and answer hereto;

II. The attached Interrogatories, Request for Admissions and Requests-Motion for Production be made a part hereof, filed of record and served upon defendants simultaneously with the Petition for Damages, with defendant ordered to produce the information and documents within the time delays provided by law;

III. After the lapse of all legal delays and due proceedings had, there be judgment herein in favor of petitioners, **RITA ANDRUS and LEONARD ANDRUS**, and against the defendant, **AMERICAN HOME ASSURANCE COMPANY**, for their damages set out hereinabove in Article 3 in an amount reasonable in these premises, considering their losses, plus penalties and

attorney's fees as provided by LSA-R.S. 22:658, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all necessary orders and decrees and for full, general and equitable relief.

By their attorneys,

_____
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax:    (337) 433-3196

**NOTE TO CLERK OF COURT:**

Please serve the defendant as follows:

**AMERICAN HOME ASSURANCE COMPANY**
Through the Secretary of State of Louisiana

A TRUE COPY
Lake Charles, Louisiana
JAN 1 9 2010
Deputy Clerk of Court

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176, DIV H | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | _Darnell Belmer_<br>DEPUTY CLERK |

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:  Honorable H. Lynn Jones, II
     Clerk of Court
     14th Judicial District Court
     Parish of Calcasieu
     Lake Charles, Louisiana

In accordance with the provisions of LSA-C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for **RITA ANDRUS and LEONARD ANDRUS**, in the above captioned matter, written notice, by mail, ten days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA-C.C.P. 1913 and 1914, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

Respectfully submitted,

_/s/ Barry A. Roach_
BARRY A. ROACH (21,838)
LARRY A. ROACH, INC.
2917 Ryan Street
Lake Charles, Louisiana 70601
Phone:  (337) 433-8504
Fax:    (337) 433-3196

Counsel for Plaintiffs, RITA ANDRUS and LEONARD ANDRUS

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176, DIV H | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | s/ Darnell Belmer<br>DEPUTY CLERK |

## REQUEST-MOTION FOR PRODUCTION

TO:   AMERICAN HOME ASSURANCE COMPANY

   Now come **RITA ANDRUS and LEONARD ANDRUS**, who request that, in accordance with the provisions of Articles 1461 through 1469 of the Louisiana Code of Civil Procedure, you, defendant, **AMERICAN HOME ASSURANCE COMPANY**, produce for inspection the following articles at the office of Barry A. Roach, 2917 Ryan Street, Lake Charles, Louisiana 70601, within the time delays allowed by law of service hereof; in the event that you fail to comply with this request, you pay all reasonable costs, expenses, and attorney's fees, for obtaining an order compelling the production of these documents under the provisions of Article 1469 of the Louisiana Code of Civil Procedure:

   1)   Attach a copy of any and all accident and/or incident reports made regarding the automobile collision that occurred on August 14, 2008, including but not limited to:
   a)   any data entered in any computer system;
   b)   actual filed report;
   c)   any supplemental reports;
   d)   any investigative reports;
   e)   or any reports of this incident of every form or kind.

   2)   Attach a list of all known witnesses and hereafter discovered witnesses to the accident of August 14, 2008;

   3)   Attach a certified copy of the public liability insurance policy that AMERICAN HOME ASSURANCE COMPANY issued to RITA ANDRUS and/or LEONARD ANDRUS, providing UM and/or medical payment coverage on the 2009 Hyundai Sonata involved in the subject accident, which policy was in effect on August 14, 2008;

   4)   Attach a copy of any and all statements given by plaintiff to any investigative services, attorney, and/or adjuster hired by or on behalf of defendant, AMERICAN HOME ASSURANCE COMPANY, to investigate this accident, whether they be by telephone, in writing or by recording or personal interview;

   5)   Attach and describe in detail any and all photographs, drawings, diagrams, models, placards or illustrations to the scene of the accident, to include any physical evidence you may use at a trial in this cause;

   6)   Attach a copy of any investigator's report rendered, to include copies of any photographic images taken by camera, video or by any other means, of any person, place or thing

connected with the accident on August 14, 2008, with an explanation on each image as to what it is and what each purports to show;

7) Attach a copy of any appraisals and/or estimates of the damage that RITA ANDRUS' 2009 Hyundai Sonata sustained in the August 14, 2008 accident;

PLEASE TAKE NOTICE that this "Request-Motion for Production" will be deemed continuing in nature so as to require supplemental productions and/or answers if you obtain further documents or information between the time of your production and/or answers are now made and the time of trial.

WHEREFORE, RITA ANDRUS and LEONARD ANDRUS pray that defendant, AMERICAN HOME ASSURANCE COMPANY, produce the articles and/or information listed hereinabove within the time delays allowed by law of receipt of this Request-Motion for Production.

By their attorneys,

_____
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax:   (337) 433-3196

**PLEASE SERVE ALONG WITH THE PETITION FOR DAMAGES**

A TRUE COPY
Lake Charles, Louisiana
JAN 19 2010
Deputy Clerk of Court
Calcasieu Parish, Louisiana

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176, DIV H | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | /s/ Darnell Belmer |
| | | DEPUTY CLERK |

## NOTICE OF INTERROGATORIES

TO:   AMERICAN HOME ASSURANCE COMPANY

YOU ARE HEREBY NOTIFIED that the attached Interrogatories are propounded to you under the authority of Articles 1457 through 1459 of the Louisiana Code of Civil Procedure. You are to answer them separately and fully, in writing, under oath, and your answers are to be served upon RITA ANDRUS and LEONARD ANDRUS, through their attorney of record, Barry A. Roach, 2917 Ryan Street, Lake Charles, Louisiana 70601, within the time delays provided by law of service of these Interrogatories, under due penalties and sanctions for your failure to timely respond.

By their attorneys,

/s/ Barry A. Roach
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax:   (337) 433-3196

| | |
|---|---|
| RITA ANDRUS and LEONARD ANDRUS : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176 DIV H : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 : | /s/ Darnell Belner<br>DEPUTY CLERK |

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please state the full name, current address, Social Security Number and date of birth of any person(s) answering or assisting in answering these interrogatories.

### INTERROGATORY NO. 2:

Identify all persons with whom you, your attorney and/or persons representing **AMERICAN HOME ASSURANCE COMPANY** have talked in the course of investigation of the accident in question and the injuries resulting therefrom, by name, address, telephone number and date of interview.

### INTERROGATORY NO. 3:

Did the policy of liability insurance, issued by **AMERICAN HOME ASSURANCE COMPANY** to **RITA ANDRUS and/or LEONARD ANDRUS** and in force at the time of the accident on August 14, 2008, include uninsured/underinsured coverage and medical payment coverage?

### INTERROGATORY NO. 4:

Do you have knowledge of any statements made as to how the accident occurred, at the scene of the accident or afterward, and if so, who made them, to whom were they made, and what was said?

### INTERROGATORY NO. 5:

Please state the full name, address (giving street number, city, state) and telephone number of every person known to you or reasonably believed by you to have been an eyewitness to the accident or to purport to have knowledge or information of any fact which may be material to this controversy.

### INTERROGATORY NO. 6:

Identify each expert, consultant or other person or organization who has conducted any survey, investigation, study or has otherwise been involved in your investigation setting forth the nature of such activity together with the dates.

### INTERROGATORY NO. 7:

Please state the names and addresses of all persons retained by you or your counsel as experts giving the following information about each expert:

    a. The field of expertise of each;
    b. The date that each was first consulted and/or retained by you or your counsel;
    c. The date or dates that the scene of the accident was inspected (if it was at any time)
    d. The date of each written report made by each and the name and address to whom each report was dictated; and
    e. The date of any further inspections of the scene of the accident or studies of any sort now planned by each (if no further studies at this time, please so state).

**INTERROGATORY NO. 8:**

Identify each person who you expect to call as an expert witness or fact witness at the trial of this matter, providing his name, address and telephone number stating:
    a. The subject matter in which the expert or fact witness is expected to testify;
    b. The substance of the facts and opinions to which the expert or fact witness is expected to testify;
    c. A summary of the grounds for each opinion; and
    d. A detailed narrative of the testimony you expect to elicit from him or her.

**INTERROGATORY NO. 9:**

If any investigator's reports were rendered, which included but was not limited to, photographic images by camera, video or by any other means, of any person, place or thing connected with the accident on August 14, 2008, please provide:
    a. The name, address, telephone number, and employer of the person(s) who rendered the report and the date of each report;
    b. The name, address, telephone number, and employer of the person(s) who took the photographic images and the date of each image;
    c. The present custodian of such report(s) and/or photographic images; and
    d. Detailed description of each image and what each purports to show.

**INTERROGATORY NO. 10:**

If you or your counsel have any prints or photographs relating to this matter, other than as requested in the preceding Interrogatory, please state the name, address and employer of each person taking the photographs, the date the photographs were taken and the name of each person known to you to have a set of the photographs.

**INTERROGATORY NO. 11:**

Please describe every exhibit, photograph, drawing, document or any other item, which you intend to introduce into evidence at the trial of this cause and state the full name, address, and telephone number of the custodian of such item. Further, state the date, time, and place when the exhibit, photograph, drawing, document, or any other items may be inspected and copied. In lieu thereof, attach true copies of the exhibits, photographs, drawings, documents or any other items to your answers to these interrogatories.

PLEASE TAKE NOTICE that these Interrogatories shall be deemed continuing in nature so as to require supplemental productions and/or answers if you obtain further documents or information between the time your production and/or answers are now made and the time of the trial.

Lake Charles, Calcasieu Parish, Louisiana, on this 12 day of January, 2010.

By their attorneys,

_____
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax: (337) 433-3196

**PLEASE SERVE ALONG WITH THE PETITION FOR DAMAGES**

A TRUE COPY
Lake Charles, Louisiana

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana   JAN 19 2010

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176 DIV H | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | s/Darnell Belmer<br>DEPUTY CLERK |

## NOTICE OF REQUEST FOR ADMISSIONS OF FACT

TO: AMERICAN HOME ASSURANCE COMPANY

YOU ARE HEREBY NOTIFIED that the attached Request for Admissions of Fact is served upon you in accordance with the Louisiana Code of Civil Procedure, Articles 1466 through 1468. The requested admissions, if any, shall be for the purposes of the above entitled and numbered cause only. Any fact concerning which an admission is requested that is not denied by service of the denial upon the plaintiff within the time delays allowed by law of the service hereof shall be deemed admitted.

Lake Charles, Calcasieu Parish, Louisiana, this ___ day of January, 2010.

By their Attorneys:

_____
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax: (337) 433-3196

| | | |
|---|---|---|
| RITA ANDRUS and LEONARD ANDRUS | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2010-000176, DIV H | : | PARISH OF CALCASIEU |
| AMERICAN HOME ASSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 1 2 2010 | : | /s/ Darnell Belner DEPUTY CLERK |

### REQUEST FOR ADMISSIONS OF FACT

**REQUEST FOR ADMISSION NO 1:**

Admit or Deny that American Home Assurance Company issued to Rita Andrus and/or Leonard Andrus a policy of public liability insurance, which included "un-insured" and/or "under-insured" motorist coverage, which policy was in force on August 14, 2008.

**REQUEST FOR ADMISSION NO 2:**

Admit or Deny that American Home Assurance Company has refused to pay Rita Andrus for her bodily injury claims resulting from the automobile accident in which she was involved on August 14, 2008, although amicable demand has been made upon American Home Assurance Company to do so.

**REQUEST FOR ADMISSION NO 3:**

Admit or Deny that Rita Andrus is entitled to recover penalties and attorney's fees since American Home Assurance Company has refused to pay her for her bodily injury claims resulting from the automobile accident in which she was involved on August 14, 2008.

PLEASE TAKE NOTICE that this " Request for Admissions of Fact" shall be deemed continuing in nature so as to require supplemental answers if you obtain further documents or information that you would change an answer to any of the above requested admissions of fact, between the time of your admissions or denials are submitted and the time of the trial.

Lake Charles, Calcasieu Parish, Louisiana, on this 12 of January, 2010.

By their Attorneys:

/s/ Barry A. Roach
BARRY A. ROACH (Bar #21,838)
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
Phone: (337) 433-8504
Fax: (337) 433-3196

**PLEASE SERVE ALONG WITH THE PETITION FOR DAMAGES**

A TRUE COPY
Lake Charles, Louisiana
/s/ Byron Wilkinson
Deputy Clerk of Court
Calcasieu Parish, Louisiana
JAN 1 9 2010

RECEIVED
JAN 25 2010
EBR SHERIFF'S OFFICE





JAY DARDENNE
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

SS104 (R 11/10)